```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
CONROY HIBBERT, JR.,                                                 :
                                                                     :
                                                   Plaintiff,        :        1:22-cv-8257-GHW
                                                                     :
                        -v -                                         :        ORDER
                                                                     :
THE CITY OF NEW YORK,                                                :
                                                                     :
                                                   Defendant.        :
                                                                     :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      In a letter dated February 14, 2023 and posted to the docket on February 17, 2023, the *pro se* Plaintiff in this case provided notice of his change of address. Dkt. No. 15. The Court observes that the Clerk of Court has already updated Plaintiff's address on the docket. The Clerk of Court is directed to mail a copy of (a) the Court's February 13, 2023 order at Dkt. No. 14 and (b) this order to Plaintiff at his updated address, to ensure that Plaintiff has received a copy of the Court's order at Dkt. No. 14. Plaintiff's deadline to amend his complaint in accordance with the instructions provided in the Court's February 13, 2023 order is extended to thirty days from the date of *this* order. The other instructions provided in the Court's February 13, 2023 order are unchanged.

      The Court certifies under 28 U.S.C. § 1915 (a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      SO ORDERED.

Dated: February 21, 2023
      New York, New York

                                                                          GREGORY H. WOODS
                                                                        United States District Judge