USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                         :

CONROY HIBBERT, JR.,               :

                                Plaintiff,   :         1:22-cv-8257-GHW

                    -v -               :         <u>ORDER</u>

CITY OF NEW YORK, *et al.*,      :

                               Defendants. :

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As discussed at the March 14, 2023 conference, this Court will proceed by considering Plaintiff's original and amended complaints together, which it may do given his *pro se* status. *See Herbin v. Blake*, No. 14-cv-3636, 2015 WL 260581, at *1 n.1 (E.D.N.Y. Jan. 14, 2015). Additionally, the Court notes that Corporation Counsel has stipulated that the City of New York has been served in this action.

Corporation Counsel is hereby ORDERED to submit a letter to the Court by no later than March 21, 2023 with a proposal of how to proceed as to service of Defendant Warden Sherma Dunbar.

Additionally, the United States Marshal Service is hereby ORDERED to serve named Defendant Patricia Feeney with a copy of (a) summons, (b) Plaintiff's original complaint, Dkt. No. 2, and (c) Plaintiff's amended complaint, Dkt. No. 19. Defendant Feeney should be served at the following address:

        Patricia Feeney
        75-20 Astoria Blvd., Ste. 305
        E. Elmhurst, N.Y. 11370

The Court will enter the case management plan in this case by separate order. The Clerk of Court is directed to mail a copy of this order and the case management plan to Plaintiff.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

Dated: March 14, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge