```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
CONROY HIBBERT, JR.,                                             :
                                                                 :
                                     Plaintiff,                  :
                                                                 :
                    -v -                                         :
                                                                 :
CITY OF NEW YORK, et al.,                                        :
                                                                 :
                                     Defendants.                 :
                                                                 :
---------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/2023
```

1:22-cv-8257-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

The Court has received a letter written by Mr. Hibbert on May 9, 2023, and posted to the docket on May 15, 2023. Dkt. No. 31. Mr. Hibbert informs the Court that he never received a HIPPA release form from Corporation Counsel that he was to sign and send back to her. And he also informs the Court (and Corporation Counsel) that he is prepared to engage in settlement discussions.

Corporation Counsel is directed to file a letter on the docket, by no later than May 25, 2023, with a status update concerning the two items raised in Mr. Hibbert's letter.

The Clerk of Court is directed to mail a copy of this order to Plaintiff. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

Dated: May 18, 2023
       New York, New York

                                                _____
                                                GREGORY H. WOODS
                                                United States District Judge