```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
CONROY HIBBERT, JR.,                                            :
                                                                :
                                         Plaintiff,             :      1:22-cv-8257-GHW
                                                                :
                   -v –                                         :           ORDER
                                                                :
CITY OF NEW YORK, et al.,                                       :
                                                                :
                                         Defendants.            :
                                                                :
--------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2023

GREGORY H. WOODS, United States District Judge:

The Court has received a letter from Mr. Hibbert written on September 4, 2023, and posted to the docket on September 12, 2023. Dkt. No. 36. The Court cannot answer Mr. Hibbert's question about whether he needs a "physical/mental" examination because the Court does not decide what discovery the parties should take or request. *Id.*

The Clerk of Court is directed to mail Mr. Hibbert a copy of this order and of the docket sheet.

SO ORDERED.

Dated: September 13, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge