USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CONROY HIBBERT, JR.,                              :
                                                  :
                      Plaintiff,   :
                                                  :       1:22-cv-8257-GHW
           -against-                        :
                                                  :       <u>ORDER</u>
CITY OF NEW YORK, *et al.*,              :
                                                  :
                  Defendants.  :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      In the case management plan and scheduling order entered March 14, 2023, Dkt. No. 27, the parties were directed to submit a joint letter on the status of the case to the Court no later than November 20, 2023. The Court has not received that letter. The parties are directed to comply with the Court's March 14, 2023 order forthwith and in any event no later than November 24, 2023.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated: November 22, 2023

                                                    GREGORY H. WOODS
                                                   United States District Judge