# MEMORANDUM ENDORSED



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/27/2023

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Marilyn Richter**
mrichter@law.nyc.gov
212-356-2083

November 24, 2023

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

      Re:   *Conroy Hibbert, Jr. v. City of New York et al.* 22-cv-8257 (GHW)

Your Honor:

      I am an Assistant Corporation Counsel in the office of the Corporation Counsel assigned to represent the Defendants in the above-subject case.

      I am writing to the Court in response to the order of November 22, 2023 (Dkt # 40).  I am extremely sorry that I missed the original November 20, 2023, deadline to provide a joint status letter to the Court in this case.   Through my oversight I failed to calendar that date.

      I cannot provide a joint status letter today as I first have to communicate with Plaintiff so I can present the position of both sides.  Mr. Hibbert is incarcerated in a New York State facility.  I have contacted the facility and have made the request, which I was informed would be granted, that a telephone call between me and Mr. Hibbert be scheduled.  I was informed that this would be scheduled for next week, most likely for next Thursday or Friday, November 30, 2023, or December 1, 2023.

      Accordingly, I respectfully request that I be granted an extension, until December 1, 2023, to submit a joint status letter.

      I can advise the Court that based on prior communications with Mr. Hibbert, I believe that he would like to settle the case and that there is a possibility that the parties can reach a settlement of this matter.

Again, I apologize to the Court for this overdue response to the joint status letter deadline.

Respectfully,

/s/
Marilyn Richter
Assistant Corporation Counsel

CC: Conroy Hibbert, Jr. (by first class mail)

Application granted. The parties are directed to submit a joint status letter no later than December 1, 2023. The conference scheduled for November 27, 2023 is adjourned to February 1, 2024 at 3:00 p.m. The parties are directed to submit the joint letter described in the civil case management plan and scheduling order no later than January 25, 2024. Dkt. No. 27.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 41 and mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: November 27, 2023
New York, New York

GREGORY H. WOODS
United States District Judge