```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
CONROY HIBBERT, JR.,                                             :
                                                                 :
                                    Plaintiff,                   :     1:22-cv-8257-GHW
                                                                 :
                  -v –                                           :     ORDER
                                                                 :
CITY OF NEW YORK, et al.,                                        :
                                    Defendants.                  :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2024

GREGORY H. WOODS, United States District Judge:

The status conference scheduled for February 1, 2024 is adjourned to February 15, 2024 at 3:00 p.m. and will be held by telephone. It is hereby ORDERED that the Warden or other official in charge of the Queensboro Correctional Facility produce Conroy Hibbert, #22-R-1174, on February 15, 2024, no later than 3:00 p.m., to a suitable location within the Queensboro Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel. If this time and date presents an inconvenience, the Warden or the Warden's designee should inform Chambers as soon as possible by calling the Courtroom Deputy at (212) 805-0296. Defense counsel is ordered to: (1) send this Order to the Warden immediately; (2) contact the Queensboro Correctional Facility to determine the telephone number at which the plaintiff will be reachable at the time and date of the conference; and (3) telephone the Court with the plaintiff on the line at the time and date of the conference.

SO ORDERED.

Dated: January 23, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge