```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

CONROY HIBBERT, JR.,

                Plaintiff,

-v -

CITY OF NEW YORK, *et al.*,

                Defendants.

----------------------------------------------------------------- X

1:22-cv-8257-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    A jury trial in this matter will begin on **Monday, January 13, 2025 at 9:00 a.m.** The Court will hold a final pretrial conference in this case on **Friday, December 20, 2024 at 9:00 a.m.** Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

    The parties are directed to submit the following materials no later than **November 1, 2024**: (1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

    As discussed at the February 15, 2024 conference, Defendants' request for an extension of the deadline to submit a motion for summary judgment is denied without prejudice. That deadline was set in the March 14, 2023 case management plan and scheduling order and expired on December 11, 2023. Dkt. No. 27. Additionally, Defendants missed the deadline to request a related premotion conference as required by the case management plan and scheduling order. *See id.* As

discussed at the conference, Defendants have not shown good cause for the Court to modify the deadlines in the case management plan and scheduling order. However, Defendants are not precluded from renewing their request accompanied by details demonstrating good cause.

SO ORDERED.

Dated: February 19, 2024

_____
GREGORY H. WOODS
United States District Judge