```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONROY HIBBERT, JR.,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

22-CV-08257 (MMG)

**NOTICE REGARDING**
***PRO BONO* COUNSEL**

MARGARET M. GARNETT, United States District Judge:

On March 12, 2024, the Court referred this case for mediation and directed the Clerk of Court to attempt to locate *pro bono* counsel to represent Plaintiff Conroy Hibbert, Jr. at mediation. *See* Dkt. No. 60.

**The Court is aware that *pro bono* counsel has now been obtained for Plaintiff**. For Plaintiff's understanding, "*pro bono* counsel," is a lawyer that has agreed to represent Plaintiff for the purpose of mediation free of any cost to Plaintiff. **Any work performed by a *pro bono* attorney is undertaken <u>voluntarily</u> and <u>without payment</u>**, but with the same ethical obligation to represent the client's interests that a paid lawyer would have.

The lawyer that has volunteered to represent Plaintiff at mediation in this matter is **Ms. Rebecca Meyer of the law firm McDermott Will & Emery, LLP**. McDermott Will & Emery, LLP is a well-respected law firm in New York with knowledgeable and skilled attorneys. The Court understands that Ms. Meyer has been attempting to contact Plaintiff by mail but has not yet received a response. **The Court encourages Plaintiff to contact Ms. Meyer as soon as possible so that this case can move forward in an efficient and productive manner.**

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED:

Dated: July 16, 2024
      New York, New York                 _____
                              MARGARET M. GARNETT
                              United States District Judge